USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICKY WILLIAMS On Behalf of Himself and All
Others Similarly Situated,      Case No.: 23-cv-08189-VEC

        Plaintiffs,

    -v-

LIV UNLTD LLC,
        Defendants.
-------------------------------------------------------------------X

## JUDGMENT

WHEREAS, Plaintiff RICKY WILLIAMS, filed a complaint against Defendant, LIV UNLTD LLC on September 15, 2023, alleging violations of the Fair Labor Standards Act and New York Labor Law;

WHEREAS, Defendant LIV UNLTD LLC made an offer of judgment pursuant to Federal Rule of Civil Procedure 68, on April 11, 2024;

WHEREAS, the Plaintiff accepted the offer of judgment and filed a notice of the acceptance on April 11, 2024;

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered against the Defendant, LIV UNLTD LLC in favor of Named Plaintiff RICKY WILLIAMS, in the amount of Five Hundred Dollars and Zero Cents ($500.00) inclusive of legal fees and costs, with respect to Plaintiff's individual federal claims under the Fair Labor Standards Act, as amended.

Dated: New York, New York

    April 11, 2024

                                                                    */s/ Valerie Caproni*
                                                                  United States District Judge